UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JASON COPLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:11-cv-451 *Judge Phillips* |
| BARRY NICELY, | ) ) ) | |
| Defendant. | ) ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

        s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    CLERK OF COURT